IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE BIRKS,

        Plaintiff,                      No. 2:09-cv-1336-JFM (PC)

    vs.

DAVE L. RUNNELS, et al.,

        Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff, the only party to appear in this action, has consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). <u>See</u> Consent to Jurisdiction by United States Magistrate Judge, filed May 28, 2009. Plaintiff has filed objections to and a motion for reconsideration of this court's October 14, 2009 order dismissing the action for failure to state a claim upon which relief may be granted.

        On January 13, 2010, plaintiff filed a notice of appeal from the judgment entered on October 14, 2009 pursuant to the order filed the same day. On February 9, 2010, the United States Court of Appeals dismissed the appeal in an order which found, pursuant to a pre-filing review order, that the appeal was "so insubstantial as to not warrant further review." Order filed February 9, 2010. The order further provides that "[n]o motions for reconsideration, rehearing, clarification, stay of the mandate, or any other submissions shall be entertained in this closed

1

1 docket." Id. In view of that order, petitioner's objections must be overruled and his pending
2 motion for reconsideration denied.[1]
3    In accordance with the above, IT IS HEREBY ORDERED that:
4    1. Petitioner's October 26, 2009 objections are overruled; and
5    2. Petitioner's December 21, 2009 motion for reconsideration is denied.
6 DATED: February 16, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

12
birk1336.rec

---

[1] In any event, both the objections and the motion for reconsideration are without merit.

2